## UNITED STATES of America, Plaintiff—Appellee,

v.

## Jeffrey RICKMAN, Defendant—Appellant.

No. 05–30312.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 12, 2006.*

Decided June 19, 2006.

Kurt Alme, U.S. Attorney's Office, Billings, MT, for Plaintiff-Appellee.

Michael Donahue, Federal Defenders of Montana, Helena, MT, for Defendant-Appellant.

Before: FERNANDEZ, KLEINFELD, and BERZON, Circuit Judges.

MEMORANDUM **

Jeffrey Rickman appeals from his guilty-plea conviction and 42–month sentence for mail fraud and money laundering, in violation of 18 U.S.C. §§ 1341 and 1957.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Rickman has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief was filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.